UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,                         :

                Plaintiff,                          :

          v.                                       :          02 Civ. 0311 (CPS) (VVP)

TAHIR NAWAB, NATHAN ERLICH,                         :
SIMON BLITZ, DANIEL GAZAL,
GERALD WREN, BOB WROBLEWSKI,                        :
CORPORATE SOLUTIONS, LLC, CEL-NET                              **NOTICE OF APPEAL**
COMMUNICATIONS, INC., THE CELLULAR                  :
NETWORK COMMUNICATIONS GROUP, INC.
d/b/a CNCG, SD TELECOMMUNICATIONS, INC.,            :
VIRGIN WIRELESS, INC., IWAYCITY,
and VIRGINWIRELESS.COM,                             :

                Defendants.                         :

------------------------------------------------------------------x

       NOTICE is hereby given that Virgin Enterprises Ltd. hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action May 2, 2002, denying plaintiff's motion for preliminary injunction.

Dated:  New York, New York
          May 8, 2002                     PENNIE & EDMONDS LLP

                                                     By: _____
                                                       James W. Dabney (JD 9715)
                                                       Catherine M. Clayton (CC 5575)

                                                     1155 Avenue of the Americas
                                                   New York, New York 10036-2711
                                                   (212) 790-9090

                                                   Attorneys for Plaintiff
                                                   Virgin Enterprises Limited

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF APPEAL** was served this 8th day of May 2002 by first class mail upon attorney for defendants, Kevin J. Harrington, Harrington, Ocko & Monk, LLP, 81 Main Street, Suite 215, White Plains, NY 10601.

_____
Robin Zabludoff

```
                              TRIPLICATE
A062 SWEDA                                                    261600
(Rev. 4-90)              RECEIPT FOR PAYMENT
                       UNITED STATES DISTRICT COURT
                                for the
                       EASTERN DISTRICT OF NEW YORK
                             at   BROOKLYN
```

| Fund   |                              |                         |          |
|--------|------------------------------|-------------------------|----------|
| 6855XX | Deposit Funds                |                         |          |
| 604700 | Registry Funds               |                         |          |
|        | General and Special Funds    | REG   05-08-02          | 01:30 PM |
| 508800 | Immigration Fees             | DRAWER 1                | 97677    |
| 085000 | Attorney Admission Fees      |                       1 | 0261600  |
| 086900 | Filing Fees                  |                         |          |
| 322340 | Sale of Publications         |                         |          |
| 322350 | Copy Fees                    | DOCKET ON APPEAL        | $100.00  |
| 322360 | Miscellaneous Fees           | 086900                  |          |
| 143500 | Interest                     | NOTICE OF APPEAL        | $5.00    |
| 322380 | Recoveries of Court Costs    | 086900                  |          |
| 322386 | Restitution to U.S. Government |                       |          |
| 121000 | Conscience Fund              | CHECK #                 | 4004     |
| 129900 | Gifts                        |                    2No  |          |
| 504100 | Crime Victims Fund           | CHECK                   | $105.00  |
| 613300 | Unclaimed Monies             |                         |          |
| 510000 | Civil Filing Fee (1/2)       |                         |          |
| 510100 | Registry Fee                 |                         |          |

CASE REFERENCE: 02CV0311(CPS)(VVP)

RECEIVED FROM: PIANK & EDMUNDS

Notice of Appeal

DEPUTY CLERK: BA

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.