BEFORE:   VIKTOR V. POHORELSKY                    DATE:          2/11/03
          U.S. MAGISTRATE JUDGE                   START TIME:    2:30 p.m.
                                                  END TIME:      2:40 p.m.

DOCKET NO.   CV-02-311                            ASSIGNED JUDGE:   CPS

CASE NAME:   Virgin Enterprises Limited v. Nawab (Wren)

                              CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Hearing on Order to Show Cause [tape 03/21: 0-391]

APPEARANCES:   Plaintiff      James Dabney

               Defendant      NO APPEARANCE (Wren)

SCHEDULING AND RULINGS:

1.   The next conference is adjourned *sine die*.

2.   For reasons stated on the record, the court recommends that the defendant Wren's answer be stricken and that a default judgment be entered against him.

3.   Any objections to the report and recommendation must be filed with the court and served on adversary counsel within ten days after receipt of the transcript of the record of today's hearing.  Failure to serve and file objections within that time will serve as a waiver of the party's right to appeal from any final order entered by the district court in reliance on the report and recommendation.